UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOMETOWN AMERICA, LLC; HOMETOWN AMERICA MANAGEMENT, LLC; HOMETOWN OAK POINT I, LLC; HOMETOWN OAK POINT II, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>THE TOWN OF MIDDLEBOROUGH, MASSACHUSETTS; BOARD OF HEALTH OF THE TOWN OF MIDDLEBOROUGH, MASSACHUSETTS; BOARD OF SELECTMEN OF THE TOWN OF MIDDLEBOROUGH, MASSACHUSETTS; LEILANI DALPE, in her official capacity as Chairman and member of the Board of Selectmen of the Town of Middleborough, Massachusetts; ARTHUR BATTISTINI, in his official capacity as Vice-Chairman and member of the Board of Selectmen of the Town of Middleborough, Massachusetts; NATHAN DEMERS, in his official capacity as member of the Board of Selectmen of the Town of Middleborough, Massachusetts; MARK GERMAIN, in his official capacity as member of the Board of Selectmen of the Town of Middleborough, Massachusetts; NEIL ROSENTHAL, in his official capacity as member of the Board of Selectmen of the Town of Middleborough, Massachusetts,<br><br>       Defendants. | Civil Action No.: 20-cv-11749-LTS |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

      IT IS HEREBY STIPULATED, by and between counsel of record for the parties hereto, that all claims, cross-claims, and counterclaims as to all Defendants in the above-entitled action be dismissed without prejudice and with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| HOMETOWN AMERICA, LLC; HOMETOWN AMERICA MANAGEMENT, LLC; HOMETOWN OAK POINT I, LLC; HOMETOWN OAK POINT II, LLC, By their Attorneys, | TOWN OF MIDDLEBOROUGH, MASSACHUSETTS, ET AL., By their Attorneys, |
| */s/ Lisa C. Goodheart* <br> Lisa C. Goodheart, BBO No. 552755 <br> goodheart@sugarmanrogers.com <br> Andrea Studley Knowles, BBO No. 640632 <br> knowles@sugarmanrogers.com <br> Srish Khakurel, BBO No. 706033 <br> khakurel@sugarmanrogers.com <br> SUGARMAN, ROGERS, BARSHAK & COHEN, P.C. <br> 101 Merrimac Street, Suite 900 <br> Boston, MA  02114 <br> Telephone: 617-227-3030 <br> Facsimile: 617-523-4001 | */s/ Gregg J. Corbo* <br> Gregg J. Corbo, BBO No. 641459 <br> gcorbo@k-plaw.com <br> KP LAW, P.C. <br> 101 Arch Street, 12th Floor <br> Boston, MA  02110 <br> Telephone: 617-556-0007 |

Dated: March 20, 2023

## CERTIFICATE OF SERVICE

I, Lisa C. Goodheart, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 20, 2023.

*/s/ Lisa C. Goodheart*
Lisa C. Goodheart
goodheart@sugarmanrogers.com

4859-9501-8583, v. 1